

COURT'S EXHIBIT NO. 16
IDENTIFICATION/EVIDENCE
DKT.# 10-CR-627
DATE: 1/3/12

<u>Special Verdict Sheet for Forfeiture</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                    :
        -against-                   :
                                    :       10-CR-627(S-2)(KAM)
    COURTNEY DUPREE,                :
                                    :
            *Defendant.*            :
                                    :
------------------------------------x

**MONEY JUDGMENT**

1.   We, the jury, unanimously find by a preponderance of the evidence, that there is an amount of money obtained by COURTNEY DUPREE which constitutes or is derived from proceeds traceable to the offenses in the Superseding Indictment for which we returned a verdict of guilty as to COURTNEY DUPREE.

                YES  ✓  KS         NO _____
                    1/3/12

1

Court Ex. 14A

2. Only if you answered "Yes" to Question 1 above, fill in the statement below with the amount you find. Then move on to Question 3.

> We, the jury, unanimously find that COURTNEY DUPREE obtained the following amount of money that constitutes or is derived from proceeds traceable to the offenses in the Superseding Indictment for which we returned a verdict of guilty as to COURTNEY DUPREE:
>
> $ __18,157,000__ —KT
>     1/3/12

**SPECIFIC PROPERTY**

3. We, the jury, unanimously return the following special verdict in regard to the forfeiture of the following property as constituting or derived from proceeds traceable to the offenses in the Superseding Indictment for which we returned a verdict of guilty as to COURTNEY DUPREE:

   a. Account number 783970452, held at J.P. Morgan Chase Bank in the name of Unalite Southwest, LLC.

   YES __✓__   NO _____
   
       KT
       1/3/12

2

b. Account number 780067385, held at J.P. Morgan Chase Bank in the name of Unalite Southwest, LLC.

YES ✓ KT 1/3/12   NO _____

c. Account number 783970460, held at J.P. Morgan Chase Bank in the name of Unalite Southwest, LLC.

YES ✓ KT 1/3/12   NO _____

d. Account number 783970478, held at J.P. Morgan Chase Bank in the name of Unalite Southwest, LLC.

YES ✓ KT 1/3/12   NO _____

e. Account number 6901381036, held at J.P. Morgan Chase Bank in the name of Unalite Electric and Lighting Corp.

YES ✓ KT 1/3/12   NO _____

f. Account number 805430915, held at J.P. Morgan Chase Bank in the name of Interconnect Lighting, LLC.

YES ✓ KT 1/3/12   NO _____

g. Account number 805430907, held at J.P. Morgan Chase Bank in the name of Image Lighting, LLC.

YES ✓ KT 1/3/12   NO _____

3

<u>**Court Ex. 14A**</u>

    h.    Account number 805430899, held at J.P. Morgan Chase Bank in the name of Image Lighting, LLC.

        YES __✓__ KT 1/3/12    NO _____

    i.    New York City Department of Finance Tax Refund to GDC Acquisitions, LLC for the 2009 Tax Year.

        YES _____    NO __✓__ KT 1/3/12

Please have your foreperson sign and date this form, and return to the courtroom.

Dated: Brooklyn, New York

December ___, 2011
JANUARY 3, 2012
KT
1/3/12

_Kenneth Tenyer_ KT 1/3/12
Jury Foreperson

4