Valerie A. Griffin
1512 Townsend Ave. #5Q
Bronx, NY 10452
(917) 209-0949

**ORIGINAL**

June 25, 2012



The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: USA vs. DUPREE - Case # 10CR627KAM

Dear Judge Matsumoto:

My name is Valerie Griffin and I am a former employee of GDC Acquisitions, LLC/Hudson Bay Environments Group, LLC. You may recall meeting me when I testified at trial in December 2011 on behalf of the defense. I am writing you regarding the order that was filed on June 12, 2012, in relation to third party interest in property subject to forfeiture, which stated the deadline for parties to petition was closed. The purpose of this letter is to request that my name be added as an Interested Party so that I may file a petition.

The reason for my request is so that I may petition the court to obtain funds that are still due to me as a result of services rendered to GDC Acquisitions, LLC/Hudson Bay Environments Group, LLC during my employ at the company. My official last day of employment at GDC Acquisitions, LLC was on September 13, 2010 at which time the company owed me a total amount of $17,702.65 allocated as follows: [1]$11,346.20 in gross wages & vacation pay **and** [2]$6,356.45 in post tax payroll deductions. To date I still have not received any of these monies that are due to me.

In addition I ask that the court please accept my apologies for just now acting upon this matter. It wasn't until the end of business on Friday, June 8, 2012 that I first found out that I could file a petition. It was then three business days later on Wednesday June 13, 2012 when I was notified that the order for the June 12th deadline had already been filed. Nor did I ever receive any written notification regarding the open petition filing period for claimants.

Given all that I have stated above again I request that the court allow me to be added as a Party of Interest.

Thank you,

*Valerie A. Griffin*
Valerie A. Griffin

CC: 1 Copy to Defendant's Attorney
    1 Copy to AUSA