

# U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LDM:MLY:BDM                              *271 Cadman Plaza East*
F.#2010R01153                            *Brooklyn, New York  11201*

August 21, 2012

<u>ECF and By Hand</u>
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Courtney Dupree
          <u>Criminal Docket No. 10-627 (S-2)(KAM)</u>

Dear Judge Matsumoto:

    In accordance with the Court's order entered on August 6, 2012, enclosed please find a copy of the letter received yesterday from <u>pro se</u> witness Valerie Griffin in reply to the government's July 10, 2012 opposition to Ms. Griffin's request to be added as an interested party in this case.  (<u>See</u> August 6, 2012 Order; June 25, 2012 Griffin Letter, Dkt. #554; July 10, 2012 Government Letter, Dkt. #559.)

    Thank you for Your Honor's consideration of this submission.

                      Respectfully submitted,

                      LORETTA E. LYNCH
                      United States Attorney
                      Eastern District of New York

            By:       /s/
                    Brian D. Morris
                    Michael L. Yaeger
                    David C. Woll
                    Assistant U.S. Attorneys
                    (718) 254-7000

Encl.

cc:  <u>By ECF</u>
    All Counsel of Record

    <u>By Certified Return Receipt Mail</u>
    Valerie Griffin
    1512 Townsend Avenue #5Q
    Bronx, NY 10452