

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LDM:MLY:BDM  *271 Cadman Plaza East*
F.#2010R01153  *Brooklyn, New York  11201*

August 22, 2012

ECF and By Hand
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Courtney Dupree
          Criminal Docket No. 10-627 (S-2)(KAM)

Dear Judge Matsumoto:

    In accordance with the Court's order entered on August 6, 2012, enclosed please find a copy of a letter received yesterday from pro se witness Valerie Griffin amending her August 15, 2012 reply to the government's opposition to Ms. Griffin's request to be added as an interested party in this case. (See August 6, 2012 Order; August 15, 2012 Griffin Letter, Dkt. #588-1, July 10, 2012 Government Letter, Dkt. #559, June 25, 2012 Griffin Letter, Dkt. #554).

    Thank you for Your Honor's consideration of this submission.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

            By:    /s/
                    Brian D. Morris
                    Michael L. Yaeger
                    David C. Woll
                    Assistant U.S. Attorneys
                    (718) 254-7000

Encl.
cc:  By ECF
     All Counsel of Record

     By Certified Return Receipt Mail
     Valerie Griffin
     1512 Townsend Avenue #5Q
     Bronx, NY 10452